**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARYLAND CASUALTY COMPANY,

    Plaintiff,

v.                                          Case No: 8:14-cv-1893-T-30MAP

NORTH POINTE INSURANCE
COMPANY, CLARENDON AMERICA
INSURANCE COMPANY and
SOUTHERN-OWNERS INSURANCE
COMPANY,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Stay (Dkt. #23). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Parties' Joint Motion to Stay (Dkt. #23) is GRANTED.

2. This case is stayed pending resolution of the Third-Party Complaint brought by Maryland Casualty Company against Artica Stucco, Inc. currently pending in the case styled *Admirals Walk Condominium, Inc. v. Sarasota Residences, LLC et al.*, Case No. 2009-CA-006494 NC in the Twelfth Judicial Circuit in and for Sarasota County (the "Underlying Action").

3. The Clerk of Court is directed to administratively close this case.

4.	The Plaintiff is directed to advise the Court within fourteen (14) days of the resolution of the Underlying Action.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of June, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2014\14-cv-1893 stay.docx